# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 15-cv-01099-RM-KMT

BROADCAST MUSIC, INC.;
EVIL EYE MUSIC, INC.;
WARNER-TAMERLANE PUBLISHING CORP.;
RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC;
MOEBETOBLAME MUSIC;
INTERIOR MUSIC CORP.; and
MCMOORE MCLESST PUBLISHING,

    Plaintiffs,

v.

MDC ENTERPRISES, LLC d/b/a BROADWAY'S TAVERN; and
DANIELLE M. JURINSKY; and
MICHELE S. JOHNSON. individually,

    Defendants.

## ORDER GRANTING STIPULATION FOR DISMISSAL

The parties filed a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a) on March 10, 2016 (ECF No. 15). The Court having considered and reviewed the Stipulation of Dismissal hereby orders as follows:

IT IS HEREBY ORDERED:

1.     This action is dismissed without prejudice.

2.     Each party to bear his, her or its own attorney's fees and costs.

DATED this 11th day of March, 2016.

                                      BY THE COURT:

                                      RAYMOND P. MOORE
                                      United States District Judge